```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 62890
   CLARENCE CALDWELL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8158


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/01/2006 and was confirmed 09/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   55.00%.

     The case was dismissed after confirmation 07/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
BRADLEY J WALLER           NOTICE ONLY    NOT FILED            .00            .00
DAIMLERCHRYSLER            NOTICE ONLY    NOT FILED            .00            .00
CHRYSLER CREDIT CORP       SECURED NOT I      .00              .00            .00
OPTION ONE MORTGAGE        CURRENT MORTG      .00              .00            .00
CHRYSLER CREDIT CORP       UNSECURED     NOT FILED             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED     NOT FILED             .00            .00
CAPITAL ONE                UNSECURED     NOT FILED             .00            .00
CITIBANK NA                UNSECURED       16171.80            .00        1607.26
FINANCIAL FEDERAL SAVING   UNSECURED     NOT FILED             .00            .00
GE MONEY BANK              UNSECURED         588.88            .00          58.53
LVNV FUNDING LLC           UNSECURED        1223.68            .00         121.61
SMC                        UNSECURED         370.99            .00          36.87
HYUNDAI MOTOR FINANCE CO   UNSECURED       13327.05            .00        1324.53
MEDICAL PAYMENT DATA       UNSECURED     NOT FILED             .00            .00
MERCY HOSPITAL  & MEDICA   UNSECURED     NOT FILED             .00            .00
NEW HORIZON                UNSECURED     NOT FILED             .00            .00
SHELL CITICARD             UNSECURED     NOT FILED             .00            .00
SOUTH SUBURBAN HOSPITAL    UNSECURED     NOT FILED             .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE   1741.81             .00        1741.81
ERNESTO D BORGES JR        DEBTOR ATTY    2,050.00                        2,050.00
TOM VAUGHN                 TRUSTEE                                          469.39
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,410.00

PRIORITY                                        .00
SECURED                                    1,741.81
UNSECURED                                  3,148.80

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 62890 CLARENCE CALDWELL
```

```
ADMINISTRATIVE                                            2,050.00
TRUSTEE COMPENSATION                                        469.39
DEBTOR REFUND                                                  .00
                                    ---------------   ---------------
TOTALS                                     7,410.00          7,410.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 10/29/08          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE